IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EDDIE L. PUGH**                                                                                    **PETITIONER**

VS.                                          **4:20CV00362 BRW/PSH**

**DEXTER PAYNE, Director of the**
**Arkansas Department of Correction**                                 **RESPONDENT**

**ORDER**

I have received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. After careful review of those Findings and Recommendations, the timely objections received thereto, and a *de novo* review of the record, I approve and adopt the Findings and Recommendations all respects. Judgment will be entered accordingly.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, the Court must determine whether to issue a certificate of appealability in the final order. In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). I find no issue on which petitioner has made a substantial showing of a denial of a constitutional right. Accordingly, the certificate of appealability is denied.

IT IS SO ORDERED this 19th day of August, 2020.


                                                      Billy Roy Wilson
                                                      UNITED STATES DISTRICT JUDGE