## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**EDDIE L. PUGH**                                              **PETITIONER**

**VS.**                             **4:20CV00362 BRW/PSH**

**DEXTER PAYNE, Director of the**
**Arkansas Department of Correction**                        **RESPONDENT**

## JUDGMENT

Consistent with the Order entered today, judgment is entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 19th day of August, 2020.

                                                    Billy Roy Wilson
                                                     UNITED STATES DISTRICT JUDGE